# EXHIBIT "B"

 **CROWLEY**

FMC: 4602NF

Crowley Logistics, Inc

# BILL OF LADING

| | |
|---|---|
| 2. EXPORTER *(Principal or seller -licensee and address including ZIP Code)* | 5. DOCUMENT NUMBER |
| **RAPID OCEAN FREIGHT INC** | CAT657645 |
| 4813 Pembroke Rd, Tel: 754 400 9252, Hollywood, FL 33021. United States | 6. EXPORT REFERENCES |

5a. 8/L NUMBER

**HBL99171US**

**MBL: JAXS4M020777**

| | |
|---|---|
| 3. CONSIGNED TO | 7. FORWARDING AGENT *(Name and address - references)* |
| **SMITH FREIGHT FORWARDING** | **Crowley Logistics, Inc** |
| 8 FIRST STREET NEW PORT WEST, Tel: 8763774975, KINGSTON 13. Jamaica | 10205 NW 108 AVE SUITE 1, MIAMI, FL 33178. United States |

8. POINT (STATE) OF ORIGIN OR FTZ NUMBER

4. NOTIFY PARTY /INTERMEDIATE CONSIGNEE    *(Name and address)*

9. DOMESTIC ROUTING / EXPORT INSTRUCTIONS

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER | | |
|---|---|---|---|
| | Miami | | |
| 14. CARRIER / VESSEL & VOYAGE | 15. PORT OF LOADING/ EXPORT | 10. LOADING PIER / TERMINAL | |
| **CROWLEY CARIBBEAN SERVICES AS SAMANTA / CAR4037** | Miami | MIAMI | |
| 16. FOREIGN PORT OF UNLOADING *(Vessel and air only)* | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE | 11a. CONTAINERIZED *(Vessel only)* |
| Kingston | Kingston | LCL | Yes      No |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| CNT: GAOU6890047 | 1 CRT | Crate | 582.41 Kg | 320.71 ft³ |
| SEAL: R10906183 | | 1 CRATE | "1,284.00 Lb" | "9.08 m³" |

FREIGHT PREPAID

Carrier has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984 as amended.

DECLARED VALUE          READ CLAUSE 29 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER'S LIMITATION OF LIABILITY.

FREIGHT RATES, CHARGES, WEIGHTS AND / OR MEASUREMENTS

| SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| LCL Origin Handling Charge I | 128.28 USD | |
| LCL Bill of Lading Processing Fee I | 40.00 USD | |
| LCL Freight Charge I | 705.56 USD | |
| LCL Fuel Surcharge I | 481.06 USD | |

Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port of discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper and / or Consignee agree to accepting this Bill of Lading.
IN WITNESS WHEREOF three (3) original bills of Lading have been signed, not otherwise stated above, one of which being accomplished the others shall be void

| DATED AT | Miami |
|---|---|
| By | |

AGENT FOR THE CARRIER

May/10/24

MO.      DAY      YEAR

| | | | | | B / L No. |
|---|---|---|---|---|---|
| GRAND TOTAL: | USD | 1,354.90 | 0.00 | **Payment Prior to Release** | **HBL99171US** |

Template by Magaya | www.magaya.com

 **CROWLEY**

# Crowley Logistics Inc

OTI LICENSE NUMBER 4602NF

# Invoice



**MAG143428US**

**May/15/2024**

Created by
**Joselyn Archila**

Bill to
**RAPID OCEAN FREIGHT INC**

4813 Pembroke Rd
Hollywood, FL 33021.
United States

Due Date
**May/15/2024**

Payment Terms
DUE ON INVOICE DATE UNLESS TERMS GRANTED

Notes   **Credit Hold - No Release**

| References | |
|---|---|
| Shipper: | RAPID OCEAN FREIGHT INC |
| Consignee: | SMITH FREIGHT FORWARDING |
| Origin/Destination: | MIA / KIN |
| Entry Date: | May/09/2024 |
| Carrier: | CROWLEY CARIBBEAN SERVICES |
| AWB / BL No.: | JAXS4M020777 |
| House Way Bill: | HBL99171US |
| Pieces / Weight: | 1 / 1,284.00 lb |
| Booking Number: | CAT657645 |
| Desc. of Goods: | 1 CRATE |

FREIGHT PREPAID

| Description of Charges | Quantity | Price | Amount |
|---|---|---|---|
| LCL Origin Handling Charge I | 320.71 | 0.40 | 128.28 |
| LCL Bill of Lading Processing Fee I | 1 | 40.00 | 40.00 |
| LCL Freight Charge I | 320.71 | 2.20 | 705.56 |
| LCL Fuel Surcharge I | 320.71 | 1.50 | 481.06 |

Cargo ID(s):

Description(s):

| Total Charges | USD Amount | 1,354.90 |
|---|---|---|
| | Tax | 0.00 |
| | Total | 1,354.90 |

Amounts not paid by the above invoice due date will be subject to interest at the highest rate allowed by Florida state law. The terms and conditions governing these services rendered are published on the Crowley Logistics, Inc. website at www.crowley.com

Customer ID: **0113532-01**
Transfer Funds To:

ABA: **021-0000-89**

SWIFT: **CITIUS33**

Account: ▓▓▓▓▓

CITIBANK N.A.
111 WALL STREET, 6TH FLOOR, NEW YORK, NY 10044

Address:   Crowley Logistics Inc
9487 Regency Sq Blvd
Jacksonville, Fl 32225

US NVO DIVISION

9487 REGENCY SQ BLVD, JACKSONVILLE, FL 32225 United States

Template by Magaya | www.magaya.com

 **CROWLEY**

FMC: 4602NF

Crowley Logistics, Inc

# BILL OF LADING

| | |
|---|---|
| 5. DOCUMENT NUMBER | 5a. B/L NUMBER |
| CAT461391 | **HBL105526US** |

**2. EXPORTER** *(Principal or seller -licensee and address Including ZIP Code)*

**RAPID OCEAN FREIGHT INC**

4813 Pembroke Rd, Tel: 754 400 9252,
Hollywood, FL 33021. United States

**6. EXPORT REFERENCES**

**MBL: JAXS4M026444**

**3. CONSIGNED TO**
**BEEPUT IRVING FREIGHT FORWARDING**

6 - 12 NEWPORT BLVD
KINGSTON. Jamaica

**7. FORWARDING AGENT** *(Name and address - references)*

**Crowley Logistics, Inc**
10205 NW 108 AVE SUITE 1, MIAMI, FL 33178. United States

**8. POINT (STATE) OF ORIGIN OR FTZ NUMBER**

**4. NOTIFY PARTY /INTERMEDIATE CONSIGNEE** *(Name and address)*

**9. DOMESTIC ROUTING / EXPORT INSTRUCTIONS**

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER Miami | | |
|---|---|---|---|
| 14. CARRIER / VESSEL & VOYAGE | 15. PORT OF LOADING/ EXPORT | 10. LOADING PIER / TERMINAL | |
| CROWLEY CARIBBEAN SERVICES SEABOARD GENESIS / CAR4055 | Miami | MIAMI | |
| 16. FOREIGN PORT OF UNLOADING *(Vessel and air only)* | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE | 11a. CONTAINERIZED *(Vessel only)* |
| Kingston | Kingston | LCL | Yes ___ No ✓ |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| CNT: SEGU5204840 SEAL: R10907024 | 7 PCS | Pieces 2 D-Container, 1 Pallet, 1 Barrel, 1 Mattress,1 Crate and 1 Box | 2,376.82 Kg | 628.95 ft³ FREIGHT PREPAID |

No SED required

Carrier has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984 as amended.
DECLARED VALUE                    READ CLAUSE 29 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER'S LIMITATION OF LIABILITY.

FREIGHT RATES, CHARGES, WEIGHTS AND / OR MEASUREMENTS

| SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| LCL Origin Handling Charge I | 251.58 USD | |
| LCL Bill of Lading Processing Fee I | 40.00 USD | |
| LCL Freight Charge I | 1,320.80 USD | |
| Non Stackable Charge I | 288.54 USD | |
| LCL Fuel Surcharge I | 314.48 USD | |

Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port of discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper and / or Consignee agree to accepting this Bill of Lading.
IN WITNESS WHEREOF three (3) original Bills of Lading have been signed, not otherwise stated above, one of which being accomplished the others shall be void

| DATED AT | Miami | |
|---|---|---|
| By | | |
| | AGENT FOR THE CARRIER | |

Jul/12/24

| MO. | DAY | YEAR |
|---|---|---|

| | | B / L No. |
|---|---|---|
| **Payment Prior to Release** | | **HBL105526US** |

| GRAND TOTAL: | USD | 2,215.40 | 0.00 |
|---|---|---|---|

Template by Magaya | www.magaya.com

 **CROWLEY**

# Crowley Logistics Inc

OTI LICENSE NUMBER 4602NF

# Invoice

**MAG153436US**

**Jul/17/2024**

Created by
**Dinora Garcia**

Bill to
**RAPID OCEAN FREIGHT INC**

4813 Pembroke Rd
Hollywood, FL 33021.
United States

Due Date
**Jul/17/2024**

Payment Terms
DUE ON INVOICE DATE UNLESS TERMS GRANTED

Notes    **Credit Hold - No Release**

| References | |
|---|---|
| Shipper: | RAPID OCEAN FREIGHT INC |
| Consignee: | BEEPUT IRVING FREIGHT FORWARDING |
| Origin/Destination: | MIA / KIN |
| Entry Date: | Jul/11/2024 |
| Carrier: | CROWLEY CARIBBEAN SERVICES |
| AWB / BL No.: | JAXS4M026444 |
| House Way Bill: | HBL105526US |
| Pieces / Weight: | 7 / 5,240.00 lb |
| Booking Number: | CAT461391 |
| Desc. of Goods: | 2 D-Container, 1 Pallet, 1 Barrel, 1 Mattress,1 Crate and 1 B |

FREIGHT PREPAID

No SED required

| Description of Charges | Quantity | Price | Amount |
|---|---|---|---|
| LCL Origin Handling Charge I | 628.95 | 0.40 | 251.58 |
| LCL Bill of Lading Processing Fee I | 1 | 40.00 | 40.00 |
| LCL Freight Charge I | 628.95 | 2.10 | 1,320.80 |
| Non Stackable Charge I | 1 | 288.54 | 288.54 |
| LCL Fuel Surcharge I | 628.95 | 0.50 | 314.48 |

Cargo ID(s):

Description(s):

| Total Charges | USD Amount | 2,215.40 |
|---|---|---|
| | Tax | 0.00 |
| | Total | 2,215.40 |

Amounts not paid by the above invoice due date will be subject to interest at the highest rate allowed by Florida state law. The terms and conditions governing these services rendered are published on the Crowley Logistics, Inc. website at www.crowley.com

**Customer ID: 0113532-01**

Transfer Funds To:

**ABA: 021-0000-89**

**SWIFT: CITIUS33**

Account: ▓▓▓▓▓▓▓

CITIBANK N.A.
111 WALL STREET, 6TH FLOOR, NEW YORK, NY 10044

Address:    Crowley Logistics Inc
9487 Regency Sq Blvd
Jacksonville, Fl 32225

US NVO DIVISION

9487 REGENCY SQ BLVD, JACKSONVILLE, FL 32225 United States

**CROWLEY**

FMC: 4602NF

Crowley Logistics, Inc

**BILL OF LADING**

| 2. EXPORTER (Principal or seller -licensee and address Including ZIP Code) | 5. DOCUMENT NUMBER | 5a. B/L NUMBER |
|---|---|---|
| | | |

**RAPID OCEAN FREIGHT INC**

4813 Pembroke Rd, Tel: 754 400 9252,
Hollywood, FL 33021. United States

5. DOCUMENT NUMBER
CAT011945

6. EXPORT REFERENCES
**MBL: MBL15443US**

5a. B/L NUMBER
**HBL106395US**

3. CONSIGNED TO
**BEEPUT IRVING FREIGHT FORWARDING**

6 - 12 NEWPORT BLVD
KINGSTON. Jamaica

7. FORWARDING AGENT (Name and address - references)
**Crowley Logistics, Inc**
10205 NW 108 AVE SUITE 1, MIAMI, FL. 33178. United States

8. POINT (STATE) OF ORIGIN OR FTZ NUMBER

4. NOTIFY PARTY /INTERMEDIATE CONSIGNEE (Name and address)

SAME AS ABOVE
8765105921

9. DOMESTIC ROUTING / EXPORT INSTRUCTIONS

| 12. PRE-CARRIAGE BY | 13. PLACE OF RECEIPT BY PRE-CARRIER |
|---|---|
| | Miami |

| 14. CARRIER / VESSEL & VOYAGE | 15. PORT OF LOADING/ EXPORT | 10. LOADING PIER / TERMINAL |
|---|---|---|
| CROWLEY CARIBBEAN SERVICES SEABOARD GARDENIA / CAR4057S | Miami | MIAMI |

| 16. FOREIGN PORT OF UNLOADING (Vessel and air only) | 17. PLACE OF DELIVERY BY ON-CARRIER | 11. TYPE OF MOVE | 11a. CONTAINERIZED (Vessel only) |
|---|---|---|---|
| Kingston | Kingston | LCL | Yes / No ☑ |

| MARKS AND NUMBERS (18) | NUMBER OF PACKAGES (19) | DESCRIPTION OF COMMODITIES (20) | GROSS WEIGHT (Kilos) (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| CNT: BSIU9700867 SEAL: R10907105 | 18 PCS | STC: (6 D- Containers, 1 E- Container, 2 bundle, 1 Washer, 2 Boxes, 4 Barrels, 2 pallets) WITH FOOD & HOUSEHOLD ITEMS NO EEI 30.37(A) FREIGHT PREPAID | 4,543.63 Kg "10,017.00 Lb" | 769.41 ft³ "21.79 m³" |

Carrier has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984 as amended.

DECLARED VALUE    READ CLAUSE 29 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER'S LIMITATION OF LIABILITY.

FREIGHT RATES, CHARGES, WEIGHTS AND / OR MEASUREMENTS

| SUBJECT TO CORRECTION | PREPAID | COLLECT |
|---|---|---|
| LCL Origin Handling Charge I | 307.76 USD | |
| LCL Bill of Lading Processing Fee I | 40.00 USD | |
| LCL Freight Charge I | 1,615.76 USD | |
| Non Stackable Charge I | 605.76 USD | |
| LCL Fuel Surcharge I | 384.71 USD | |

Received by the Carrier for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port of discharge or place of delivery, whichever is applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper and / or Consignee agree to accepting this Bill of Lading.
IN WITNESS WHEREOF three (3) original Bills of Lading have been signed, not otherwise stated above, one of which being accomplished the others shall be void

DATED AT    Miami

By

AGENT FOR THE CARRIER

Jul/19/24

MO.    DAY    YEAR

B / L No.

**Payment Prior to Release**    **HBL106395US**

| GRAND TOTAL: | USD | 2,953.99 | 0.00 |
|---|---|---|---|

Template by Magaya | www.magaya.com

 **CROWLEY**

# Crowley Logistics Inc

OTI LICENSE NUMBER 4602NF

Created by
**Mercedes Camino**

# Invoice

**MAG154378US**

**Jul/23/2024**

Bill to
**RAPID OCEAN FREIGHT INC**

4813 Pembroke Rd
Hollywood, FL 33021.
United States

Due Date
**Jul/23/2024**

Payment Terms
DUE ON INVOICE DATE UNLESS TERMS GRANTED

Notes   **Credit Hold - No Release**

References
| | |
|---|---|
| Shipper: | RAPID OCEAN FREIGHT INC |
| Consignee: | BEEPUT IRVING FREIGHT FORWARDING |
| Origin/Destination: | MIA / KIN |
| Entry Date: | Jul/18/2024 |
| Carrier: | CROWLEY CARIBBEAN SERVICES |
| AWB / BL No.: | CWPS4M058305 |
| House Way Bill: | HBL106395US |
| Pieces / Weight: | 18 / 10,017.00 lb |
| Booking Number: | CAT011945 |
| Desc. of Goods: | (6 D- Containers, 1 E- Container, 2 bundle, 1 Washer, 2 Boxe |

S.T.C. FOOD & HOUSEHOLD ITEMS

NO EEI 30.37(A)

| Description of Charges | Quantity | Price | Amount |
|---|---|---|---|
| LCL Origin Handling Charge I | 769.41 | 0.40 | 307.76 |
| LCL Bill of Lading Processing Fee I | 1 | 40.00 | 40.00 |
| LCL Freight Charge I | 769.41 | 2.10 | 1,615.76 |
| Non Stackable Charge I | 1 | 605.76 | 605.76 |
| LCL Fuel Surcharge I | 769.41 | 0.50 | 384.71 |

Cargo ID(s):

Description(s):

**Total Charges**

Amounts not paid by the above invoice due date will be subject to interest at the highest rate allowed by Florida state law. The terms and conditions governing these services rendered are published on the Crowley Logistics, Inc. website at www.crowley.com

| | |
|---|---|
| **USD Amount** | **2,953.99** |
| Tax | 0.00 |
| Total | 2,953.99 |

**Customer ID: 0113532-01**

**Transfer Funds To:**

**ABA: 021-0000-89**

**SWIFT: CITIUS33**

**Account:** ▮▮▮▮▮▮▮

CITIBANK N.A.
111 WALL STREET, 6TH FLOOR, NEW YORK, NY 10044

**Address:**

Crowley Logistics Inc
9487 Regency Sq Blvd
Jacksonville, Fl 32225